UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHAWN MONTEGIO

vs. C.A. No. 06-150S
Cr. No. 03-05-01S

UNITED STATES OF AMERICA

ORDER

The Government is hereby ordered to file its response to the plaintiff's "Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody." Said response will be filed on or before **April 25, 2006.**

By Order,

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Date: 4/5/06