IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHAWN MONTEGIO | ) | |
| | ) | |
| vs. | ) | C.A. 06-150S |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Kenneth P. Madden, First Assistant U. S. Attorney, and hereby respectfully moves that this Court extend the time period during which the government must respond to the petition from April 25, 2006 to May 25, 2006. For grounds, the undersigned Assistant U. S. Attorney states that he will be unable to complete the response by April 25, 2006 due to the page length of the petitioner's filings, the number of main and subsidiary issues raised by the petitioner, and the current workload of the undersigned.

GRANTED
WmS
William E. Smith
U.S. District Judge
4/25/06