IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHAWN MONTEGIO )
)
vs. ) C.A. 06-150S
)
UNITED STATES OF AMERICA )

GOVERNMENT'S SECOND MOTION FOR EXTENSION OF TIME

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Kenneth P. Madden, First Assistant U. S. Attorney, and hereby respectfully moves that this Court extend the time period during which the government must respond to the petition from May 25, 2006 to June 5, 2006. For grounds, the undersigned Assistant U. S. Attorney states that he will be unable to complete the response by May 25, 2006 due to the current workload of the undersigned.

WHEREFORE, the government respectfully moves that the motion be granted.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U. S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on 24th day of May, 2006, I mailed a true copy of the within Government's Motion For Extension Of Time, ordinary mail and postage prepaid, to:

Shawn Montegio
Reg. No. 05264-070
FCC Medium, B-1
P.O. Box 1032
Coleman, FL 33521-1032