IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 24 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHAWN MONTEGIO | ) | |
| | ) | |
| vs. | ) | C.A. 06-150S |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

GOVERNMENT'S SECOND MOTION FOR EXTENSION OF TIME

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Kenneth P. Madden, First Assistant U. S. Attorney, and hereby respectfully moves that this Court extend the time period during which the government must respond to the petition from May 25, 2006 to June 5, 2006. For grounds, the undersigned Assistant U. S. Attorney states that he will be unable to complete the response by May 25, 2006 due to the current workload of the undersigned.

wmm
U.S. District Judge
5/26/06