**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**
**FEDERAL BUILDING AND U.S. COURTHOUSE**
**PROVIDENCE, RHODE ISLAND 02903**

**WILLIAM E. SMITH**
**U.S. DISTRICT JUDGE**

June 11, 2007

Mr. Shawn Montegio
05264-070
FCC Medium, B-1
P.O. Box 1032
Coleman, FL 33521-1032

Re: Case Name: Montegio v. USA
Case Number: 06 - 150 S

Dear Mr. Montegio:

I note that you have filed a motion to vacate your sentence based on the claim that your counsel failed to take an appeal on your behalf despite being requested to do so. In order to determine whether an evidentiary hearing is necessary, I will need your sworn answers to the questions set forth in the attached document.

Please answer each question, sign your name and return the completed questionnaire to this Court within 20 days of the date of this letter.

Failure to properly complete and return the form will be viewed as an indication that there is no factual basis for your claim and may result in dismissal of this claim in your § 2255 motion.

Sincerely yours,

William E. Smith
U.S. District Judge

Enclosure

**Sworn Statement of**
**Shawn Montegio**

**re: Counsel's Failure to File Appeal**

1. Prior to May 10, 2005, did your counsel ever ask you if you wanted to appeal your sentence?
   _____Yes
   _____No

   If so, what was your response and when did you make that response?

   ______________________________________________________________
   ______________________________________________________________
   ______________________________________________________________
   ______________________________________________________________
   ______________________________________________________________
   ______________________________________________________________
   ______________________________________________________________

2. At any time before May 10, 2005, did you tell your counsel that you wanted him/her to appeal your conviction?
   _____Yes
   _____No

3. When did you first learn that no appeal had been filed on your behalf?

   ______________________________________________________________

4. How did you learn that no appeal had been filed on your behalf?

   ______________________________________________________________
   ______________________________________________________________
   ______________________________________________________________
   ______________________________________________________________
   ______________________________________________________________
   ______________________________________________________________
   ______________________________________________________________

I hereby swear under oath and on pain and penalty of perjury that the above statements are true and complete.

______________________________
Name: Shawn Montegio
Date: