UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHAWN MONTEGIO

v. C.A. No. 06 - 150 S

UNITED STATES OF AMERICA

# ORDER

The Clerk of Court is hereby directed to appoint counsel to represent Mr. Montegio in the prosecution of his 28 U.S.C. § 2255 motion in the District Court. See Rule 8(c), Rules Governing Section 2255 Proceedings(requiring the appointment of counsel when an evidentiary hearing is warranted).

IT IS SO ORDERED.

WES

William E. Smith
United States District Judge
Date: 6/29/07