IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHAWN MONTEGIO | ) | |
| | ) | |
| vs. | ) | C.A. No. 06-150S |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**GOVERNMENT'S MOTION TO PROVIDE NOTICE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant United States Attorney, and moves that the Court provide notice of the August 28, 2007 hearing date to John J. Bevilacqua, Esq.

For grounds, the Government states that Mr. Bevilacqua represented the petitioner in his criminal case before This Court. Petitioner alleges in his section 2255 petition that Mr. Bevilacqua failed to file a notice of appeal from petitioner's sentence. The Court will likely wish to hear from Mr. Bevilacqua at the August 28 hearing.

For these reasons, the Government requests that the motion be granted.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680

# CERTIFICATION

I hereby certify that on the 18th day of July, 2007, I electronically filed and served the Within Government's Motion To Provide Notice to:

Andrew Berg, Esq.
Sammartino & Berg
128 Dorrance Street
Providence, RI 02903

By ordinary mail, postage prepaid, to:

John J. Bevilacqua, Esq.
380 Broadway
Providence, RI 02909.

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680