# *UNITED STATES DISTRICT COURT*

***for the***
***District of Rhode Island***

***Case No. CA06-150S***

***To:*** ***Warden***
***FCI Medium***
***Coleman, Florida***

YOU ARE HEREBY COMMANDED, to have the **body** of **Shawn Montegio**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **William E. Smith**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the **17th** day of **October, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby [illegible] ed.

Deputy [illegible]

WITNESS the Honorable **William E. Smith**

United States District Judge at Providence, RI
Dated: September 18, 2007.

Evidentiary Hearing

***By*** [signature]
***William E. Smith, District Judge***