UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHAWN MONTEGIO

VS. C.A No. 06-150S

UNITED STATES OF AMERICA

**NOTICE OF APPEAL**

Now comes Petitioner Shawn Montegio who hereby appeals from the Memorandum and Order entered by this court on December 17, 2007, and the judgment in favor of Respondent United States of America, entered December 17, 2007.

PETITIONER
SHAWN MONTEGIO
By his attorney

/s/ James T. McCormick
**James T. McCormick (#2614)**
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903-2814
(401) 831-2970
(401) 751-1797 (FAX)