**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Shawn Montegio**
**Plaintiff**

**V.** **Case Number: C.A. NO. 06-150S**

**United States of America**
**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, United States of America against the Plaintiff, Shawn Montegio pursuant to the Court's Memorandum and Order dated December 17, 2007 denying Plaintiff's Motion to Vacate, Set Aside or Correct Sentence (2255).**

**BY ORDER:**

**December 17, 2007**
**Date**

**Deputy Clerk**