UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHAWN MONTEGIO

VS. C.A No. 06-150S

UNITED STATES OF AMERICA

**NOTICE OF APPEAL**

Now comes Petitioner Shawn Montegio who hereby appeals from the Order entered by this court on February 4, 2008, denying Petitioner's motion for a certificate of appealability.

PETITIONER
SHAWN MONTEGIO
By his attorney

/s/ James T. McCormick

**James T. McCormick (#2614)**
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903-2814
(401) 831-2970
(401) 751-1797 (FAX)