UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

SHAWN MONTEGIO

VS. C.A No. 1:06-CV-150

UNITED STATES OF AMERICA

**PETITIONER'S MOTION FOR AUTHORIZATION FOR PAYMENT OF TRANSCRIPT**

Now come Post-Conviction Petitioner Shawn Montegio who hereby moves this Honorable Court, pursuant to 28 U.S.C. §753(f) to be provided a transcript of his post-conviction hearing at government expense. Petitioner is required to demonstrate "that the appeal is not frivolous (but presents a substantial question)". In support of this motion petitioner refers to and incorporates herein by reference his motion for certificate of appealability with accompanying memorandum. For the reasons indicated therein petitioner respectfully requests that this motion be granted.

Respectfully submitted by
PETITIONER
SHAWN MONTEGIO
By his attorney

/s/ James T. McCormick
**James T. McCormick (#2614)**
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903-2814
(401) 831-2970
(401) 751-1797 (FAX)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2008, a copy of the foregoing Petitioner Shawn Montegio's Motion Authorization for Payment of Transcript was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ James T. McCormick

James T. McCormick (#2614)
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970