06-150 USDC/R.I. Smith, W.

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 08-1189

SHAWN MONTEGIO

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**JUDGMENT**

Entered: February 27, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant's appeal shall proceed under No. 08-1009.

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 2/27/08

By the Court:
Richard Cushing Donovan, Clerk

AMY B. LEDERER
By______________________
Appeals Attorney

[cc: James T. McCormick, Esq., Kenneth P. Madden, AUSA]