IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHAWN MONTEGIO | ) | |
| | ) | |
| vs. | ) | C.A. No. 06-150 S |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

GOVERNMENT'S RESPONSE TO PETITIONER'S MOTION
FOR AUTHORIZATION FOR PAYMENT OF TRANSCRIPT

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant United States Attorney, and states that it does not object to the petitioner's motion. The government, however, disagrees with petitioner's assertion that the issues set forth in his certificate of appealability present a substantial showing of the denial of a constitutional right or rights. Having said that, the government believes that in the interest of justice a transcript should be provided to the petitioner.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680

**CERTIFICATION**

I hereby certify that on the 11th day of March, 2008, I electronically filed and served the Within Government's Response To Petitioner's Motion For Authorization For Payment Of Transcript to:

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680