MANDATE

06-150
USDC/R.I.
Smith, W.

# United States Court of Appeals
## For the First Circuit

No. 08-1009

SHAWN MONTEGIO,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Lynch, Lipez and Howard,
Circuit Judges.

**JUDGMENT**
**Entered: March 12, 2008**

We have received the record and petitioner's filings in support of his request for a certificate of appealability. First, petitioner fails to assert, nor does it appear, that the issue of his right to enter a conditional plea has a constitutional dimension. Second, we have determined, substantially for the reasons contained in the district court's Memorandum and Order dated December 17, 2007, that there was no breach by the government of the plea agreement. Petitioner has, therefore, not made the requisite "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

The request for a certificate of appealability is denied and this appeal is terminated.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 5/6/08

By the Court:
Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: James T. McCormick, Esq., Donald Lockhart, AUSA]