(1)

Inmate: MONTEGIO, SHAWN JOSEPH

Booking #: 2002950 Permanent ID: 9347

| Last Name | First Name | Middle | Affix | Visit Start Date/Time | Visit End Date/Time | Reason for Visit |
|---|---|---|---|---|---|---|
| BENAVIDES | MARIA | S | | 06/05/2005 19:46 | 06/05/2005 19:46 | NON CONTACT VISIT |
| BENAVIDES | MARIA | S | | 05/29/2005 04:15 | 05/29/2005 05:10 | |
| BENAVIDES | MARIA | S | | 05/22/2005 21:29 | 05/22/2005 21:29 | NON CONTACT VISIT |
| CARRERA | DANNY | | | 05/16/2005 18:43 | 05/16/2005 18:43 | NON CONTACT VISIT |
| BADWAY | THOMAS | | | 05/10/2005 19:48 | 05/10/2005 19:48 | OFFICIAL VISIT |
| MONTEGIO | JOHN | | | 04/28/2005 14:00 | 04/28/2005 14:55 | NON CONTACT VISIT |
| BENAVIDES | MARIA | S | | 04/25/2005 20:32 | 04/25/2005 20:32 | NON CONTACT VISIT |
| CARRERA | DANNY | | | 04/25/2005 20:32 | 04/25/2005 20:32 | NON CONTACT VISIT |
| DIAZ | ELIZABETH | | | 04/19/2005 16:00 | 04/19/2005 16:00 | NON CONTACT VISIT |
| MONTEGIO | NATALIE | | | 04/19/2005 15:59 | 04/19/2005 15:59 | NON CONTACT VISIT |
| PICERELLI | ROBERT | | | 04/19/2005 15:58 | 04/19/2005 15:58 | NON CONTACT VISIT |
| ARBOLEDA | ERIKA | | | 04/10/2005 20:35 | 04/10/2005 20:35 | NON CONTACT VISIT |
| BENAVIDES | MARIA | S | | 04/10/2005 20:32 | 04/10/2005 20:32 | NON CONTACT VISIT |
| CARRERA | DANNY | | | 04/03/2005 17:43 | 04/03/2005 17:43 | NON CONTACT VISIT |
| BENAVIDES | MARIA | S | | 04/02/2005 14:07 | 04/02/2005 14:55 | |
| BEVILACQUA | JOHN | | | 04/01/2005 14:02 | 04/01/2005 15:03 | |
| CARRERA | DANNY | | | 03/05/2005 17:53 | 03/05/2005 17:53 | NON CONTACT VISIT |
| BENAVIDES | MARIA | S | | 02/23/2005 21:02 | 02/23/2005 21:03 | NON CONTACT VISIT |
| BENAVIDES | MARIA | S | | 02/22/2005 16:55 | 02/22/2005 16:55 | NON CONTACT VISIT |
| CARRERA | DANNY | | | 02/12/2005 03:15 | 02/12/2005 04:10 | |
| BENAVIDES | MARIA | S | | 01/29/2005 16:24 | 01/29/2005 16:24 | NON CONTACT VISIT |
| MONTEGIO | NATALIE | | | 01/22/2005 15:15 | 01/22/2005 16:12 | NON CONTACT VISIT |
| MONTEGIO | NATALIE | | | 01/18/2005 16:16 | 01/18/2005 17:03 | NON CONTACT VISIT |
| BENAVIDES | MARIA | S | | 01/16/2005 02:10 | 01/16/2005 02:55 | |
| MONTEGIO | NATALIE | | | 01/15/2005 03:15 | 01/15/2005 04:10 | |
| MONTEGIO | NATALIE | | | 01/11/2005 16:34 | 01/11/2005 17:12 | NON CONTACT VISIT |
| MONTEGIO | NATALIE | | | 01/11/2005 16:20 | 01/11/2005 17:12 | NON CONTACT VISIT |
| ALCEDO | MONICA | Y | | 01/09/2005 14:32 | 01/09/2005 16:54 | NON CONTACT VISIT |
| BENAVIDES | MARISOL | | | 01/09/2005 14:30 | 01/09/2005 16:54 | NON CONTACT VISIT |
| BENAVIDES | MARIA | S | | 01/01/2005 03:15 | 01/01/2005 04:10 | |
| SAUTER | ROBERT | | | 12/30/2004 18:27 | 12/30/2004 03:00 | NON CONTACT VISIT |
| MONTEGIO | NATALIE | | | 12/30/2004 18:21 | 12/30/2004 03:00 | NON CONTACT VISIT |

exhibit #3