UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MIGUEL FLAQUER,
Plaintiff,

v. : CA 08-95 ML

JOHN BEVILACQUA,
Defendant.

**REPORT AND RECOMMENDATION FOR SUMMARY DISMISSAL PURSUANT TO 28 U.S.C. § 1915(e)**

David L. Martin, United States Magistrate Judge

Before the Court is the second Application to Proceed in Forma Pauperis ("Second Application") (Document ("Doc.") #4) pursuant to 28 U.S.C. § 1915 filed by Plaintiff Miguel Flaquer ("Plaintiff").[1] The Second Application has been referred to me for determination. However, because I have concluded that the Second Application should be denied, it is addressed by way of this Report and Recommendation. See Lister v. Dep't of Treasury, 408 F.3d 1309, 1312 (10th Cir. 2005)(explaining that because denial of a motion to proceed in forma pauperis is the functional equivalent of an involuntary dismissal, a magistrate judge should issue a report and recommendation for a final decision by the district court). For the reasons stated herein, I recommend that the Second Application be denied and that Plaintiff's Complaint (Doc. #1) be dismissed without prejudice.

[1] The Court denied Plaintiff's first Application to Proceed in Forma Pauperis (Doc. #2) ("First Application") without prejudice because Plaintiff had not submitted a certified copy of his prisoner trust fund account statement obtained from an appropriate official at the Wyatt Detention Facility ("Wyatt"). See Order Denying without Prejudice Application to Proceed in Forma Pauperis (Doc. #3).

Exhibit #5

## Facts

Plaintiff is a federal prisoner held at the Wyatt Detention Facility ("Wyatt") awaiting sentencing on a drug trafficking conspiracy conviction before District Judge Alan Nevas on December 21, 2007, in Bridgeport, Connecticut. See United States v. Flaquer, CRIM. No. 3:05-CR-00059 (AHN). On March 13, 2008, Plaintiff filed a *pro se* Complaint in the District of Rhode Island against Attorney John Bevilacqua ("Attorney Bevilacqua"). See Complaint. Plaintiff alleges that:

> On Jun 2006 my Family gave this Attorney John Bevilacque over $50,000 to Make me a deal and the deal I thought was okay was all a scandel and Fraud and me and my Family were out of this Money and This is why I am Filing this claim I Feel I was Fooled By a professional that should be arrested for what He Has done to many besides myself.

Complaint at 3. Plaintiff seeks a suspension of Attorney Bevilacqua's licence and the return of his family's funds. See id.

## Standard of Review

Section 1915 of Title 28 requires a federal court to dismiss an action brought thereunder if the court determines that the action is frivolous, fails to state a claim upon which relief can be granted, or seeks damages from a defendant with immunity. See 28 U.S.C. § 1915(e)(2)(B).[2] The standard for dismissal of an

---

[2] Section 1915(e)(2) states that:

(2) Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that--
  (A) the allegation of poverty is untrue; or
  (B) the action or appeal--
    (i) is frivolous or malicious;
    (ii) fails to state a claim on which relief may be granted; or



Exhibit #5

# CERTIFICATE OF SERVICE

I, SHAWN MONTEGIO, hereby certify that I submitted a true and correct copy of the foregoing RULE 60(b) Motion to:

Kenneth P. Madden
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza - 8th Floor
Providence, RI 02093

through the prison legal mail system at FCC-Medium, Coleman, Florida on this ____ day of August, 2008.

Respectfully submitted,

______________________
Shawn Montegio
# 05264-070
FCC-Medium (B-1)
PO Box 1032
Coleman, FL 33521-1032