IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHAWN MONTEGIO | ) | |
| | ) | |
| vs. | ) | C.A. No. 06-150S |
| | ) | Cr. No. 03-005S |
| UNITED STATES OF AMERICA | ) | |

**GOVERNMENT'S MOTION TO EXTEND TIME**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant United States Attorney, and moves that this Court extend the time within which the Government must respond to the petitioner's motion filed pursuant to F. R. Civ. P. 60(b) from September 11, 2008 to October 2, 2008.

For grounds, the Government states that in order to respond to petitioner's motion, the Government has requested a copy of the transcript of the evidentiary hearing and the visitation records for petitioner from the Wyatt Detention Center. Upon receipt of those documents, the Government will require time to review the same and file its response.

For these reasons, the Government requests that the motion be granted.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

CERTIFICATION

On the 10th day of September, 2008, I caused the within Government's Motion To Extend Time to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Shawn J. Montegio
Reg. No. 05264-040
FCC - Medium (B-1)
P.O. Box 1032
Coleman, Florida 33521-1032

/s/ Kenneth P. Madden

Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov